34357. MAXWELL *et al.* *v.* COMER.

GARDNER, P. J. This case is controlled in principle by *Maxwell* v. *Sum-
merville Lumber Co.*, ante. The only difference between the two cases
is that the plaintiff in the instant case in the court below was a differ-
ent party, suing for a different amount and different kinds of ma-
terials. This case is a suit for payment for plumbing and plumbing

materials. Otherwise in all other material respects the cases are identical.

*Judgment affirmed. Townsend and Carlisle, JJ., concur.*

DECIDED JANUARY 17, 1953.

*Archibald A. Farrar,* for plaintiffs in error.

*Thomas J. Espy Jr., Earl B. Self,* contra.